General Complaint



FEB 6 2023

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Karanya-Marquis Dudley

Case Number: 5:23-cv12

List the full name of each plaintiff in this action.

VS.

Darren Michael Jones
State of Texas
Bubba Green Towing Co.

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       1. Employ Counsel
       2. Court - Appointed Counsel
       3. Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

   _____

   _____

   _____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ___✓___ Yes ___✓___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _February, 2012_

2. Parties to previous lawsuit(s):

Plaintiff _Karanya-Marquis Dudley_

Defendant _Richardson Police Department_

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_Northern District Dallas County_

4. Docket number in other court. _—_

5. Name of judge to whom the case was assigned.

_____

6. Disposition: Was the case dismissed, appealed or still pending?

_?_

7. Approximate date of disposition. _—_

III. Parties to this suit:

    A. List the full name and address of each plaintiff:  (870) 826-1320

Pla #1 Karanya - Marquis: Dudley
2009 Walnut Street
Texarkana, Texas   75501

Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Darren M. Jones  Badge # 0254
100 N. Stateline  (Texarkana Texas Police Dept)
Texarkana, Texas   75501

Dft #2: Bubba Green Towing Company

Dft #3 State of Texas

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

March 21, 2022 (unlawful traffic Stop) unlawful search (me & vehicle)

Darren M. Jones #0254
Tiffany Harper #1152
Brent Hobbs #887
- Ronald Munn #565 -
James Hargrave #574
William McAnally #348
(bystander) Ryan Bartlett

I was harassed by officer Darren Jones in the state of Arkansas; Officer Jones followed me for 2 miles - Malice took place, chokehold etc.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I would like to have a fair hearing & awarded what I'm entitled to under constitutional laws (that are violated towards me) due to my disabilities of personal injuries of being victimized & traumatized

Signed this _____ day of _____, 20 _____.
(Month) (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 02/06/2023
Date

"without prejudice"
Karanyas-Marquis. Dudley

Signature of each plaintiff