# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| KARANYA-MARQUIS DUDLEY,<br><br>    Plaintiff,<br><br>v.<br><br>DARREN M. JONES, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:23-CV-12-RWS-JBB |

## FINAL JUDGMENT

Having entered an Order Adopting the October 3, 2025 Report and Recommendation of the United States Magistrate Judge, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

**So ORDERED and SIGNED this 28th day of October, 2025.**

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE